IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 22-12858-amc |
|---|---|
| WILLIAM CARRASQUILLO MACE<br>    Debtor,<br><br>HARLEY-DAVIDSON CREDIT CORP<br>    Movant,<br><br>           v.<br><br>WILLIAM CARRASQUILLO MACE, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Chapter 13 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW comes Movant, Harley-Davidson Credit Corp (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Motion for Relief from the Automatic Stay (the "Motion"), representing as follows:

### THE PARTIES

1. Respondent, William Carrasquillo Mace (the "Debtor"), is an adult individual with a place of residence located at 1331 Old Wilmington Road, Coatesville, PA 19320.

2. Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

### FACTUAL BACKGROUND

4. On or about October 25, 2024, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5.       On or about August 11, 2021, the Debtor, purchased a 2008 Harley-Davidson FLHRC ROAD KING CLASSIC, VIN: 1HD1FR4128Y680974 (the "Vehicle"), pursuant to a Retail Installment Contract (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6.       Movant has a secured interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7.       The Contract requires monthly payments of $243.97, which amounts are due on or before the 25th of each month.

8.       As of the date of this Motion, the Debtor is in default of their post-petition payment obligations to Movant in the amount of $927.64. The Debtor is currently post-petition due for the payment due on March 25, 2025.

9.       The Total Debt due on the Contract as of July 2, 2025, was $6,798.58.

10.      The J.D. Power value for the 2008 Harley-Davidson FLHRC ROAD KING CLASSIC, VIN: 1HD1FR4128Y680974 is $6,505.00. A true and correct copy of a printout showing that value is attached hereto as **Exhibit C**

11.      Movant is entitled to relief from the automatic stay for cause, including the lack of adequate protection, because the Debtor has failed to make post-petition payments to Movant. 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, Harley-Davidson Credit Corp, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2008 Harley-Davidson FLHRC ROAD KING CLASSIC, VIN: 1HD1FR4128Y680974.

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

Dated: July 23, 2025

*Counsel for Harley-Davidson Credit Corp*